[No. 22259. *En Banc.* June 12, 1930.]

UNITED DIVERSIFIED SECURITIES CORPORATION et al., *Appellants,* v. SAMUEL H. CHASE et al., *Respondents.*[1]

*Harroun, Robinson, Maloy & Shidler,* for appellants.
*The Attorney General* and *E. W. Anderson, Assistant,* for respondents.
*William Hatch Davis* and *John H. Powell, amici curiae.*

PER CURIAM.—For the reasons assigned in the cases of *Aberdeen Savings & Loan Association v. Chase, ante* p. 351, 289 Pac. 536, 290 Pac. 697, and *Burr, Conrad & Broom v. Chase, ante* p. 393, 289 Pac. 551, the judgment appealed from is reversed, with instructions to the trial court to overrule the demurrer interposed by respondents.

FULLERTON and HOLCOMB, JJ., dissent.

N. B. For rehearing herein, see *ante* p. 391. REP.